**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

MAR – 6 2019

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 4:19CR 00110 BSM |
| ) | |
| v. ) | |
| ) | 21 U.S.C. § 841(a)(1) |
| JOSHUA WAYNE HATLEY ) | 18 U.S.C. § 924(c)(1)(A) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about March 4, 2017, in the Eastern District of Arkansas, the defendant,

JOSHUA WAYNE HATLEY,

knowingly and intentionally possessed with intent to distribute less than fifty (50) kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### COUNT 2

On or about March 4, 2017, in the Eastern District of Arkansas, the defendant,

JOSHUA WAYNE HATLEY,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT 3

On or about March 9, 2017, in the Eastern District of Arkansas, the defendant,

1

JOSHUA WAYNE HATLEY,

knowingly and intentionally possessed with intent to distribute less than fifty (50) kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 4

On or about March 9, 2017, in the Eastern District of Arkansas, the defendant,

JOSHUA WAYNE HATLEY,

knowingly and intentionally possessed a firearm, that is: a Smith & Wesson, .38 Special handgun, Model Bodyguard, bearing serial number CWX0751 in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 3 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION 1

Upon conviction of Counts 1, 2, or 3 of this Indictment, the defendant, JOSHUA WAYNE HATLEY, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1, 2, or 3 of this Indictment, the defendant JOSHUA WAYNE HATLEY, shall forfeit to the United States, under Title 21, United States Code, Section

853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1, 2, or 3 of this Indictment, the defendant, JOSHUA WAYNE HATLEY shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property: a Smith & Wesson, .38 Special handgun, Model Bodyguard, bearing serial number CWX0751.