# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

V.                              CASE NO. 4:19-CR-110-BSM-1

JOSHUA WAYNE HATLEY                                                                     DEFENDANT

## ORDER

Defendant Joshua Wayne Hatley appeared for a bond hearing, along with his counsel, Randel Miller; the Government was represented by Assistant United States Attorney Edward Walker.

This is a presumption-for-detention case as defined under 18 U.S.C. § 3142(f). After considering the testimony presented by the parties and argument of counsel, the Court finds that Mr. Hatley is not a risk of flight. The Court does find, however, by clear and convincing evidence that Mr. Hatley poses an unreasonable risk of danger to the community based on the seriousness and violence of his past crimes.

Accordingly, Mr. Hatley is remanded to the custody of the United States Marshal for detention pending resolution of his case. He must be afforded a reasonable opportunity to consult privately with defense counsel.

IT IS SO ORDERED this 15th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE