# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**V.**                               **CASE NO. 4:19-CR-110-BSM-1**

**JOSHUA WAYNE HATLEY**                                                              **DEFENDANT**

## ORDER

Defendant Joshua Hatley has moved the Court to reconsider its order denying pre-trial release in the light of the emergence of COVID-19. (Doc. No. 29) His motion was referred on April 13, 2020. (Doc. No. 30)

By order of July 15, 2019, the Court denied Mr. Hatley's motion for bond after finding that he was a danger to the community. (Doc. No. 19) As explained in the July 15 order of detention, because of Mr. Hatley's criminal history, there is a statutory presumption that he should be detained pretrial. 18 U.S.C. § 3142(f). After hearing evidence and argument of counsel at a bond hearing, I found, by clear and convincing evidence, that there was no set of conditions that would reasonably assure public safety. This finding was based on Mr. Hatley's serious and violent criminal history as well as the gravity of the pending federal charges.

In support of his current motion for reconsideration of the detention order, Mr. Hatley states that he is currently detained at the Van Buren County jail where he is at risk for contracting COVID-19 due to his existing medical conditions, including a prior heart attack, high blood pressure and other health conditions. (Doc. No. 29 at 1)

In the response to a similar motion filed in *U.S. v. Jackie Dewayne Fields*, Case No. 4:19-CR-251, the Government stated that, as of April 3, 2020, there were no inmates at the Van Buren County jail who were showing symptoms or who had tested positive for COVID-19.

For the reasons stated in the Court's previous order denying bond, more specifically Mr. Hatley's extensive criminal history, and because he does not appear at great risk for contracting COVID-19 at this time, his motion to reconsider the order of detention (Doc. No. 29) is DENIED.

IT IS SO ORDERED, this 14th day of April, 2020.

_____
UNITED STATES MAGISTRATE JUDGE