# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

v.                           **CASE NO. 4:19-CR-00110-01 BSM**

**JOSHUA WAYNE HATLEY**                                                 **DEFENDANT**

## **ORDER**

Defendant Joshua Wayne Hatley's unopposed motion to continue his July 6, 2020 trial [Doc. No. 32] is granted. Defense counsel states that additional time is needed to investigate the case.

Failure to grant a continuance would deny defendant reasonable time for effective preparation, taking into account the exercise of due diligence. Further, in that the continuance is given upon defendant's motion, the continuance satisfies the ends of justice and outweighs the public's and defendant's interest in a speedy trial. The trial is continued to October 19, 2020, at 9:30 a.m. in Courtroom 2D. The period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 1st day of July, 2020.

                                                                 _/s/ Brian S. Miller_
                                                       UNITED STATES DISTRICT JUDGE