UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

v.                      **CASE NO. 4:19-CR-00110-01 BSM**

**JOSHUA WAYNE HATLEY**                                         **DEFENDANT**

## ORDER

Defendant Joshua Wayne Hatley's unopposed motion to continue his October 19, 2020 trial [Doc. No. 36] is granted. Defense counsel states that additional time is needed to continue plea negotiations.

Failure to grant a continuance would deny defendant reasonable time for effective preparation, taking into account the exercise of due diligence. Further, in that the continuance is given upon defendant's motion, the continuance satisfies the ends of justice and outweighs the public's and defendant's interest in a speedy trial. The trial is continued to February 8, 2021, at 9:30 a.m. in Courtroom 2D. The period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 15th day of October, 2020.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE