# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

v.                       **CASE NO. 4:19-CR-00110-01 BSM**

**JOSHUA WAYNE HATLEY**                                     **DEFENDANT**

## ORDER

The trial scheduled for May 3, 2021 is continued to August 16, 2021 at 9:30 a.m. in Little Rock Courtroom #2D, pursuant to Administrative Order Eleven, which suspends all criminal trials scheduled through May 21, 2021, in an effort to control the spread of coronavirus. The delay occasioned by this continuance is excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) & (B).

IT IS SO ORDERED this 17 day of March, 2021.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE