UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**
AUG 1 3 2021
IN OPEN COURT
TAMMY H. DOWNS
By_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR00110 BSM |
| | ) | |
| v. | ) | Title 21, U.S.C. § 841(a)(1) |
| | ) | |
| JOSHUA WAYNE HATLEY | ) | |

## SUPERSEDING INFORMATION

THE ACTING UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

On or about March 4, 2017, in the Eastern District of Arkansas, the defendant,

JOSHUA WAYNE HATLEY,

did knowingly and intentionally possess with the intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

JONATHAN D. ROSS
Acting United States Attorney

_____
EDWARD O. WALKER
AR Bar No. 2000076
Assistant United States Attorney
P. O. Box 1229
Little Rock, Arkansas 72203
501-340-2600
Edward.O.Walker@usdoj.gov