# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | Judge: | Brian S. Miller |
| Counsel: AUSA Edward Onassis Walker | Reporter: | Suzanne M. McKennon |
| | CRD: | Raeanne Gardner |
| v.    CASE NO. **4:19-CR-00110-01 BSM** | Date: | August 13, 2021 |
| | USPO: | |
| **JOSHUA WAYNE HATLEY** | Interpreter: | |
| Counsel: John Wesley Hall, Jr. | | |

### MINUTES - FELONY WAIVER & PLEA TO SS INFORMATION

BEGIN: 1:08 P.M.

☒ Court convenes for hearing;

☒ Defendant present with counsel; defendant sworn;

☒ Court inquires of defendant regarding understanding of proceedings;

☒ Court inquires of counsel regarding defendant's competency to proceed;

☒ Court inquires of defendant regarding understanding of right to be indicted by a Grand Jury;

☒ Defendant waives right to indictment, which the Court finds is voluntary;

☒ Defendant signs Waiver of Indictment in open court;

☒ Waiver of Indictment filed; ☒ SS Information filed; ☒ AUSA reads SS Information in open court;

☒ Court inquires of defendant regarding understanding of consequences of entering guilty plea;

☒ Plea Agreement filed in open court;

☒ Government states proof for trial;

☒ Defendant pleads guilty to Count(s) __1__ of SS Information; plea accepted by the Court;

☒ Indictment dismissed on motion of government as to this defendant;

☒ Sentencing date to be set upon completion of presentence report;

☐ Defendant released on O/R bond;
☐ Defendant to remain on current conditions of bond pending sentencing;
☒ Defendant remanded to custody of U.S. Marshal pending sentencing.

☐ Other:_____.

END: 1:38 P.M.